Case3:13-cv-02792-JST   Document7   Filed11/19/13   Page1 of 1

**FILED**

NOV 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Tomas Verano CRUZ,<br><br>   Petitioner,<br><br>   v.<br><br>Kevin CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>   Respondent. | Case Number C 13-2792 JST<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER APPOINTING COUNSEL |

  Pursuant to Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board, and good cause appearing therefor, the Court hereby appoints James Thomson and Timothy Foley as co-counsel to represent Petitioner Tomas Verano Cruz.

<i>It is so ordered.</i>

DATED: 11/18/13

                       JON S. TIGAR
                       United States District Judge