**FILED**

NOV 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Tomas Verano CRUZ,<br><br>                        Petitioner,<br><br>        v.<br><br>Kevin CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>                        Respondent. | Case Number C 13-2792 JST<br><br>DEATH-PENALTY CASE<br><br>ORDER APPOINTING COUNSEL |

Pursuant to Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board, and good cause appearing therefor, the Court hereby appoints James Thomson and Timothy Foley as co-counsel to represent Petitioner Tomas Verano Cruz.

*It is so ordered.*

DATED: 11/18/13

JON S. TIGAR
United States District Judge