1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**TOMAS VERANO CRUZ,**                    | **CAPITAL CASE**

12
                              Petitioner, | Case No. 13-cv-2792-JST

13
         v.                               | [PROPOSED] **ORDER ON**
14                                         | **RESPONDENT'S MOTION TO**
                                          | **RECONSIDER**
15  **KEVIN CHAPPELL, Warden, California**
    **State Prison at San Quentin,**

16
                               Respondent

17

18
       Good cause being shown, respondent's motion to reconsider is granted.  The Order of this
19
Court entered on January 8, 2014 [Doc. 10] is hereby vacated.
20

21  Dated:   February 21, 2014

22                                              HON. JON S. TIGAR
                                                United States District Judge
23

24

25

26

27

28

1